1  IAN LOVESETH
   Attorney at Law (CSBN 85780)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  CARLOS NAVARRO

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND

11                               –ooo–

12  UNITED STATES OF AMERICA,
                                        CR. 08-00521-SBA
13         Plaintiff,

14  vs.                                 **STIPULATION AND PROPOSED
                                        ORDER TO CONTINUE
15                                      SENTENCING**

16  CARLOS NAVARRO,

17         Defendant.
                                        /
18

19       IT IS HEREBY STIPULATED AND AGREED by and between Ian Loveseth,

20  counsel for Carlos Navarro, and Assistant United States Attorney Kimberly Briggs, that

21  the sentencing hearing presently set for September 15, 2009, at 10:00 a.m., be continued

22  to November 17, 2009, at 10:00 a.m. Mr Loveseth will be unable to attend the September

23  date due to a medical condition.  United States Probation Officer Charles Mabie has no

24  objection to this change.  This request is made in order to ensure continuity of counsel.

25  ///

26  ///

27  ///

28

**STIPULATION AND PROPOSED ORDER TO  CONTINUE SENTENCING 08-00521-SBA**

Time is excludable under the Speed Trial Act pursuant to 18 United States Code 3161(h)(7)(B)(iv).

Date:   August 20, 2009         /s/ Ian Loveseth
                                IAN LOVESETH
                                Attorney for Defendant
                                CARLOS NAVARRO


Date:   August 20, 2009         /s/ Kimberly Briggs
                                KIMBERLY BRIGGS
                                Assistant United States Attorney

Good cause appearing,

**IT IS HEREBY ORDERED** the parties' joint request to continue the hearing scheduled for September 15, 2009 is GRANTED.  This matter is rescheduled to **November 17, 2009, at 10:00 a.m.**  The time between September 15, 2009 and November 17, 2009 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), on the grounds that the ends of justice are served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in order to facilitate the effective

preparation of and continuity of counsel, taking into account the exercise

of due diligence.

August 24, 2009                 _____
                                SAUNDRA BROWN ARMSTRONG
                                U.S. DISTRICT COURT JUDGE

**STIPULATION AND PROPOSED ORDER TO  CONTINUE SENTENCING 08-00521-SBA**

2