1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5          OAKLAND DIVISION

6

7   UNITED STATES OF AMERICA,          )          No. CR-08-00521 SBA
                                       )
8          Plaintiff,                  )
                                       )
9     v.                               )
                                       )          **ORDER**
10  CARLOS NAVARRO,                    )
                                       )
11         Defendant.                  )
                                       )
12                                     )
                                       )
13  _____   )

14         The parties jointly requested that the change of plea and sentencing hearing set for

15  December 16, 2009 be continued to allow time for the Court to consider the amended pre-plea

16  report and the revised proposed plea agreement to be entered into by the defendant and the

17  attorney for the government. Furthermore, the parties require additional time to examine and

18  respond to the amended pre-plea investigation report.

19         **IT IS HEREBY ORDERED** that this matter is set for change of plea and judgment and

20  sentencing on December 21, 2009 at 1:00 p.m., and that time between December 16, 2009 and

21  December 21, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and

22  (h)(7)(A), (B)(iv).

23         **IT IS HEREBY FURTHER ORDERED** that any sentencing memorandums the parties

24  may submit must be submitted by no later than 5:00 p.m. on December 18, 2009.

25

26  DATED:12/16/09                          _____
                                            HON. SAUNDRA BROWN ARMSTRONG
27                                          United States District Judge

28